FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD LEE SMITH,<br><br>               Petitioner-Appellant,<br><br>v.<br><br>CHARLES L. RYAN,<br><br>               Respondent-Appellee. | No. 10-99002<br><br>D.C. No. 2:03-cv-01810-SRB<br>District of Arizona<br>Phoenix<br><br>ORDER |

Appellee's unopposed motion to extend the time to June 22, 2012 to respond to Appellant's Motion To Stay Appeal and Remand is granted. Appellant's reply is due July 10, 2012.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

By: M. Epler, Staff Attorney
Deputy Clerk/9th Cir. R. 27-7
General Orders/Appendix A